UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA TO OZ PROPERTY HOLDINGS, LLC | NOTICE OF MOTION TO QUASH SUBPOENA |

PLEASE TAKE NOTICE that, upon Oz Property Holding, LLC's Memorandum of Law in Support of Motion to Quash, and all declarations included therewith, and Exhibits attached thereto, Oz Property Holdings, LLC ("Oz Property"), by and through its undersigned counsel, will move this Court on a date and time to be designated by the Court, for an Order pursuant to Fed. R. Civ. P. 45, quashing the deposition subpoena served on Oz Property for (i) exceeding the geographical limitations of Federal Rule 45, (ii) imposing an undue burden and expense on Oz Property, and (iii) seeking irrelevant testimony that can be obtained from more convenient and less burdensome sources, and awarding Oz Property any such other or further relief as the Court deems just, equitable, and proper.

PLEASE TAKE FURTHER NOTICE that papers in opposition to the Motion shall be served and filed no later than November 9, 2017.

Respectfully submitted,

November 6, 2017

/s/   *Paul D. Ackerman*

**Gary Abelev**
**Paul D. Ackerman**
**Gregory Miller**
Andrews Kurth Kenyon LLP
450 Lexington Avenue

1

2

New York, New York 10017
Ph. 212.850.2800
Fax 212.850.2929
garyabelev@andrewskurth.com
paulackerman@andrewskurth.com
gregorymiller@andrewskurth.com

**COUNSEL FOR OZ PROPERTY HOLDINGS, LLC**